Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C. D. 1991), the claim of the plaintiffs was sustained.

**No. 62568.**—Ellis Silver Co., Inc. v. United States, protests 159468–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 11, 1958

**No. 62569.**—Manca, Inc. v. United States, protest 324023–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of aplanatic magnifiers, valued under $25 each, and are properly classified as microscopes, the claim of the plaintiff was sustained.

**No. 62570.**—Manca, Inc. v. United States, protests 286686–K and 330321–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the merchandise was dutiable as follows: The items marked "A" at 20 percent under paragraph 1551 as parts of photographic cameras, not specially provided for, and the items marked "B" at 25 percent under the provision in paragraph 228, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), for photographic lenses.